vision, First Department. February 6, 1903.) Action by Moses Tanenbaum against Thomas B. Whiffen. L. N. Levi, for appellant. O. C. Sommerich, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

TEACHOUT et al., Appellants, v. TRUAX, Respondent. (Supreme Court, Appellate Division, Fourth Department. January 6, 1903.) Action by Phebe R. Teachout and another against Murty Truax. No opinion. Interlocutory judgment affirmed, with costs to the respondent, with leave to the plaintiffs to serve an amended complaint upon payment of the costs of the demurrer and of this appeal.

TEW v. WOLFSOHN. (Supreme Court, Appellate Division, First Department. January 23, 1903.) Action by H. Whitney Tew against Henry Wolfsohn, impleaded. No opinion. Motion granted.

TIRRILL, Respondent, v. SNIFFEN et al., Defendants (LIVINGSTON, Appellant). (Supreme Court, Appellate Division, Second Department. January 16, 1903.) Action by Oakes Tirrill against Edward D. Sniffen and others; James Duane Livingston, appellant. No opinion. Appeal dismissed, with $10 costs and disbursements.

TIRRILL, Respondent, v. SNIFFEN et al. (NORTH AMERICAN TRUST CO., Appellant). (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Oakes Tirrill against Edward D. Sniffen, the North American Trust Company, appellant, and the Washington Life Insurance Company, defendant. No opinion. Order reversed, with $10 costs and disbursements, and order for examination vacated on the ground that no sufficient reason appears for examining the officers of the defendant before the trial rather than at the trial itself. See Hay v. Zeiger, 50 App. Div. 462, 64 N. Y. Supp. 202.

In re TOWNSEND AVE. (Supreme Court, Appellate Division, First Department. January 9, 1903.) In the matter of Townsend avenue. No opinion. Motion denied.

TREADWELL et al., Respondents, v. J. A. MEAD MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 19, 1902.) Action by M. H. Treadwell & Co. against the J. A. Mead Manufacturing Company. R. B. Knowles, for appellant. J. J. Adams, for respondents. No opinion. Motion denied, without costs.

UPTON et al., Plaintiffs, v. SCOTTISH UNION & NATIONAL INS. CO., Defendant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1902.) Action by Eli M. Upton and another against the Scottish Union & National Insurance Company. No opinion. Defendant's exceptions overruled, motion for new trial denied, with costs, and judgment ordered for the plaintiffs upon the verdict, with costs.

VALENTINE v. HEALEY et al. (Supreme Court, Appellate Division, First Department. January 16, 1903.) Action by Henry C. Valentine against Warren M. Healey and another. No opinion. Motion denied, with $10 costs.

V. LOEWERS GAMBRINUS BREWERS CO., Respondent, v. LITHAUER, Appellant. (Supreme Court, Appellate Division, First Department. January 9, 1903.) Action by the V. Loewers Gambrinus Brewers Company against Edward T. Lithauer. W. H. Bennett, for appellant. C. J. G. Hall, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 73 N. Y. Supp. 947.

VOLLKOMMER, Respondent, v. HUMMEL, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Joseph Vollkommer against Gottlieb Hummel, impleaded, etc. No opinion. Motion denied.

In re WALLACE. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) In the matter of the final judicial settlement of Patrick F. Wallace, as executor, etc., of Michael Killeen, deceased. No opinion. Decree of Surrogate's Court affirmed, with costs.

In re WARREN'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) In the matter of the estate of Gardner D. Warren. No opinion. Order affirmed, with $10 costs and disbursements.

WASSERMAN, Respondent, v. RICHARDS et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Benoit Wasserman against Eugene Lamb Richards, Jr., and others. No opinion. Judgment affirmed, with costs.

WEDDIGAN et al., Respondents, v. WHITING, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 13, 1903.) Action by Frank A. Weddigan and others against William F. Whiting. No opinion. Judgment affirmed, with costs.

ADAMS, P. J., not voting.

In re WEEKS. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) In the matter of the application of C. Louis Weeks for admission to the bar. No opinion. Application granted.

WENK, Appellant, v. CITY OF NEW YORK et. al., Respondents. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Theodore Wenk against the city of New York and others. No opinion. Motion granted, and reargument of demurrers to the answer set down for January 23, 1903.

WERNER, Respondent, v. HEARST, Appellant. (Supreme Court, Appellate Division, Second Department. January 9, 1903.) Action by Melle S. T. Werner against William R. Hearst. No opinion. Leave to appeal to the Court of Appeals granted.